Same case below, 342 Fed. Appx. 603.

**No. 09-9391. David Lynn Hall, Jr., Petitioner v. Virginia.**

559 U.S. 1078, 130 S. Ct. 2114, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3336, ▮

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9424. Henry J. DuLaurence, III, Petitioner v. Liberty Mutual Insurance Company, et al.**

559 U.S. 1078, 130 S. Ct. 2119, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3411, ▮

April 19, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 74 Mass. App. 1125, 909 N.E.2d 558.

**No. 09-9444. West Virginia ex rel. Alex Farmer, Petitioner v. Thomas McBride, Warden.**

559 U.S. 1078, 130 S. Ct. 2120, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3397.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 224 W. Va. 469, 686 S.E.2d 609.

**No. 09-9467. Joshua Howard, Petitioner v. Nevin Webster, et al.**

559 U.S. 1078, 130 S. Ct. 2115, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3383.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 339 Fed. Appx. 616.

**No. 09-9473. David Wayne Gaddy, Petitioner v. Mississippi.**

559 U.S. 1078, 130 S. Ct. 2115, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3422.

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 21 So. 3d 677.

**No. 09-9475. Dmitry Gorbaty, Petitioner v. Portfolio Recovery Associates, LLC.**

559 U.S. 1078, 130 S. Ct. 2116, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3450.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 355 Fed. Appx. 580.

**No. 09-9478. Halvor Carl, Petitioner v. United States.**

559 U.S. 1078, 130 S. Ct. 2116, 176 L. Ed. 2d 741, 2010 U.S. LEXIS 3404.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 593 F.3d 115.